IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BOBBY LINK,**

       **Plaintiff,**

v.                                      Case No. 3:08cv327/MCR/CJK

**WENDELL HALL, in his official capacity
as SANTA ROSA COUNTY SHERIFF;
MARVIN HIRES, JR.; REBA CROSS;
TERRY GRIFFITH; DANNY TUSLER;
LUCAS JORDAN; CELESTE NELSON;
PATRICIA KILLAM; ROBERT WHITE;
MICHAEL BOSINGER; and JAMES
MOBLEY,**

       **Defendants.**
_____/

## ORDER

      A jury trial was held in this case on August 15 - 22, 2011, on Counts I, IV, VIII, IX, and X of the Second Amended Complaint (doc. 41). At the close of the plaintiff's case in chief, the court granted Defendant Robert White's oral Rule 50 motion, dismissing him from the case on August 18, 2011. The court also granted Defendant Sheriff Wendell Hall's oral Rule 50 motion, dismissing him from the case on August, 19, 2011, as stated on the record.

      At the end of the trial, on August 22, 2011, the jury returned a verdict in favor of all defendants on the claim of intentional infliction of emotional distress (Count X), in favor of Defendants Terry Griffith, Danny Tusler, Lucas Jordan, Celeste Nelson, Patricia Killam, Michael Bosinger, and James Mobley on plaintiff's claims of excessive force (Count I) and battery (Count IV), and in favor of Defendants Marvin Hires, Jr. and Reba Cross on the claim of malicious prosecution (Count VIII). The jury returned a verdict in favor of Plaintiff

Bobby Link and against Defendants Marvin Hires, Jr. and Reba Cross on the defamation claim (Count IX) in the amount of One Dollar ($1.00) in U.S. Currency as to each of those two defendants.

Accordingly, the Clerk is directed to enter a final judgment in favor of all defendants and against Bobby Link, except that final judgment as to Count IX shall be entered in favor of Bobby Link and against Defendants Marvin Hires, Jr.,and Reba Cross in the amount of $1.00 each. The Clerk shall close the file.

**DONE and ORDERED** this 24th day of August, 2011.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE